IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JESUS BACA AND<br>MARGARITA BACA | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 7:17-cv-00109 |
| ALLSTATE VEHICLE AND<br>PROPERTY INSURANCE AND<br>TANYA VEGA | §<br>§<br>§<br>§ | JURY DEMANDED |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Jesus Baca and Margarita Baca and Defendants, Allstate Vehicle and Property Insurance Company and Tanya Vega, file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On August 12, 2016, Plaintiffs, Jesus Baca and Margarita Baca sued Defendants, Allstate Vehicle and Property Insurance Company and Tanya Vega.

2. Plaintiffs, Jesus Baca and Margarita Baca, moves to dismiss their suit.

3. Defendants agree to the dismissal of Jesus Baca and Margarita Baca's claims.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of Jesus Baca and Margarita Baca's case.

9. Plaintiffs have not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is *with* prejudice to re-filing.

Respectfully submitted,

_____
Larry W. Lawrence
Attorney in Charge
Fed I.D. No.: 21827
State Bar No.: 00794145
3112 Windsor Rd., Suite A234
Austin, Texas 78703
(956) 994-0057
(956) 994-0741 (fax)

Of Counsel:

Michael Lawrence
Federal ID No. 705429
State Bar No. 24055826
Celeste Guerra
Fed. ID No.
State Bar No. 00795395
LAWRENCE LAW FIRM
3112 Windsor Rd., Suite A234
Austin, Texas 78703
(956) 994-0057
(956) 994-0741 (fax)

Dan Cartwright
State Bar No. 03942500
Federal ID No.
Lory Sopchack
State Bar No. 24076706
Federal ID No.
CARTWRIGHT LAW FIRM, LLP
1300 Post Oak Blvd., Suite 760
Houston, Texas 77056
(713) 840-0950
(713) 840-0046 (fax)

/S/ *Rosemary Conrad-Sandoval*
Rosemary Conrad-Sandoval
Attorney In Charge
Fed. I.D. No. 13738
State Bar No. 04709300

Of Counsel:

2

ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 N. 10th Street
McAllen, TX 78504
(956) 393-6300
(956) 386-1625 Fax

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been sent via electronic messaging to the Attorney for Plaintiffs, as follows:

Larry W. Lawrence
Michael Lawrence
Celeste Guerra
LAWRENCE LAW FIRM
Attorney in Charge
3112 Windsor Rd., Suite A234
Austin, Texas 78703

Dan Cartwright
Lory Sopchack
CARTWRIGHT LAW FIRM, LLP
1300 Post Oak Blvd., Suite 760
Houston, Texas 77056

on this _____ day of July, 2017.

/S/ *Rosemary Conrad-Sandoval*
ROSEMARY CONRAD-SANDOVAL